**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA, : No. 19 EAL 2019
:
Respondent :
:
: Petition for Allowance of Appeal from
: the Order of the Superior Court
v. :
:
:
:
JEROME LIVINGSTON, :
:
Petitioner :

**ORDER**

**PER CURIAM**

    **AND NOW**, this 2nd day of August, 2019, the Petition for Allowance of Appeal is **DENIED**.